UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVON FOREMAN and LOTISHA DAVIDSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT ATTORNEY OF BAKERSFIELD,<br><br>    Defendant. | Case No. 1:22-cv-00581-ADA-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF TREVON FOREMAN<br><br>(Doc. 13) |

On November 2, 2022, the assigned magistrate judge issued findings and recommendations to dismiss Plaintiff Trevon Foreman ("Foreman") for failing to comply with the Court's orders and to prosecute this action. E.D. Cal. Local Rule 110; Fed R. Civ. P. 11.  The Court served the findings and recommendations on Foreman and gave him 21-days to file objections thereto.  Foreman's deadline for filing objections, if any, was November 23, 2022.  As of the date of this Order, no objections have ben filed.  The findings and recommendations advised Foreman that "failure to file objections within the specified time may result in the waiver of rights on appeal."  (Doc. 13); *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998).

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court concludes the findings and

recommendations are supported by the record and by proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1. The findings and recommendations issued on November 2, 2022 (Doc. 13) are adopted in full.
2. Plaintiff Trevon Foreman is **DISMISSED** from this case with prejudice.
3. The Clerk of Court is directed to remove Trevon Foreman from the docket.

IT IS SO ORDERED.

Dated:   April 6, 2023

_____
UNITED STATES DISTRICT JUDGE